UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALAN GUZZETTI, )<br>)<br>Defendant. ) | Case No. 2:17-mj-00095-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ALAN GUZZETTI, Case No. 2:17-mj-00095-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of: $

    ____ Co-signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

__X__ (Other) <u>Conditions as stated on the record.</u>

__X__ (Other) <u>The Defendant is ordered to appear on 6/15/2017 at 9:30 a.m. before Magistrate Judge Jonathan Feldman at the Federal Courthouse in Rochester, NY 14614.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __6/5/2017__ at __2:27 p.m.__

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge